FILED

08 JUN 18 PM 3:04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

'08 CR 2037 BTM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOEL HARO-HIGUERA (1), JUANA RODRIGUEZ-OROZCO (2), Defendants. | Criminal Case No. ____________ <br> I N D I C T M E N T <br> Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about June 5, 2008, within the Southern District of California, defendants JOEL HARO-HIGUERA and JUANA RODRIGUEZ-OROZCO did knowingly and intentionally import 50 kilograms and more, to wit: approximately 61.22 kilograms (134.68 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

CJB:nlv:Imperial
6/18/08

Count 2

On or about June 5, 2008, within the Southern District of California, defendants JOEL HARO-HIGUERA and JUANA RODRIGUEZ-OROZCO did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 61.22 kilograms (134.68 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 18, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CARLA J. BRESSLER
Assistant U.S. Attorney