KAREN P. HEWITT
United States Attorney
PAUL S. COOK
Assistant U.S. Attorney
California State Bar No. 79010
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619)557-5687/(619)235-2757(Fax)
Email: paul.cook@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOEL HARO-HIGUERA (1),<br>JUANA RODRIGUEZ-OROZCO (2),<br>Defendants. | Criminal Case No. 08CR2037-BTM<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name - "None"

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> - NONE

Please call me if you have any questions about this notice.

DATED: JULY 15, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

<u>s/Paul S. Cook</u>
PAUL S. COOK
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: paul.cook@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOEL HARO-HIGUERA (1),<br>JUANA RODRIGUEZ-OROZCO (2),<br>Defendants. | Case No. 08cr2037-BTM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. DAVID L. BAKER, ESQ.
2. KRIS KRAUS, ESQ.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2008

s/ Paul S. Cook
PAUL S. COOK